**626**

Joseph D. Ryan and Patrick L. McArdle, for appellant. Burt A. Crowe and Albert C. Wenban, for appellee.

Mr. Justice Ryner delivered the opinion of the court.

**Anna Wrablewski, appellee, v. Lithuanian Benefit Club of Keistutis, appellant. Gen. No. 33,470.**

Opinion filed January 2, 1930.
John T. Zuris, for appellant. No appearance for appellee.

Mr. Justice Ryner delivered the opinion of the court.

**McKey & Poague, Inc., appellant, v. Sam Krisolofsky, appellee. Gen. No. 33,479.**

Opinion filed January 2, 1930.
Langworthy, Stevens, McKeag & Hurley, for appellant. Morris A. Weinberg and Samuel Schmetterer, for appellee.

Mr. Justice Ryner delivered the opinion of the court.

**Gust Pappas, plaintiff in error, v. John E. Reckrodt and Elenore Reckrodt, defendants in error. Gen. No. 33,506.**

Opinion filed January 2, 1930.
Daniel M. Dever and B. M. Shaffner, for plaintiff in error; B. M. Shaffner, of counsel. Charles R. Napier, for certain defendant in error.

Mr. Justice Ryner delivered the opinion of the court.

**The People of the State of Illinois, appellant, v. M. Solomon, appellee. Gen. No. 33,539.**

Opinion filed January 2, 1930.
A. L. Israel, for appellant. No appearance for appellee.

Mr. Justice Ryner delivered the opinion of the court.